**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**FATIMA MOHAMMED #A249-140-633**       **CASE NO.  3:26-CV-00545 SEC P**

**VERSUS**                              **JUDGE EDWARDS**

**WARDEN RICHWOOD**                      **MAGISTRATE JUDGE PEREZ-**
**CORRECTIONAL CENTER ET AL**            **MONTES**

**JUDGMENT**

Before the Court is a Petition for Writ of Habeas Corpus filed by Fatima Mohammed ("Petitioner") (Doc. 1). After a *de novo* review of the record, including the Report and Recommendation of the Magistrate Judge (Doc. 15), and the Objection thereto filed by Petitioner (Doc. 16), the Court adopts the findings and recommendation of the Magistrate Judge as its own. Accordingly,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus be DENIED and DISMISSED WITHOUT PREJUDICE.

THUS DONE in Chambers on this 27th day of July, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE